# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

October 24, 2022

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v Nijmah Marte,* 22 Cr. 293 (JPO)

Your Honor:

      I represent Nijmah Marte in the referenced case and am submitting this letter to request a change in the conditions of Ms. Marte's bond. On March 23, 2022, pursuant to an agreement between the parties, Ms, Marte was released on the condition of home incarceration with electronic monitoring. Subsequently, the condition of home incarceration was changed to home detention. Throughout her release, Ms. Marte has been attending various programs relating to mental health and drug addiction, and generally been in compliance with her conditions. Accordingly, we ask that her conditions be modified from home detention to curfew, with the understanding that pre-trial services have discretion to establish the hours and other details regarding the curfew.

      The government and pre-trial services consent to this application.

Respectfully submitted,

/s/
James E. Neuman

Granted.
So ordered.
10/25/2022

J. PAUL OETKEN
United States District Judge