# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

December 16, 2022

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York , NY 10007

       Re: *United States v Nijmah Marte,* 22 Cr. 293 (JPO)

Your Honor:

       I represent Nijmah Marte in the referenced case and am submitting this letter to request permission to file interim vouchers. There are a number of reasons for this request.

       First, I have represented Ms. Marte and been working on her case for approximately eight months. In addition, because I am a sole practitioner, it will be a hardship to delay submitting vouchers until the conclusion of this case, which is at least several months away.

       Accordingly, I ask the Court to grant me permission to file interim vouchers.

Respectfully submitted,

_____/s/_____
James E. Neuman

> Granted.
> So ordered.
> 12/19/2022

_____
J. PAUL OETKEN
United States District Judge